UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Steven Verba,

    Plaintiff,

v.

KONE INC.,

    Defendant.

Case No. 0:16-cv-03308

Hon. Susan Richard Nelson

Magistrate Katherine M. Menendez

---

| | |
|---|---|
| Nicholas G.B. May (0287106)<br>Emma R Denny (#395334)<br>Fabian May & Anderson, PLLP<br>825 Nicollet Mall, Suite 1625<br>Minneapolis, MN 55402<br>(612) 353-3340<br>nmay@fmalawyers.com<br>edenny@fmalawyers.com<br><br>*Attorneys for Plaintiff* | Kristina Kaluza (#0390899)<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 486-1900<br>kkaluza@dykema.com<br><br>Stephen S. Muhich (admitted pro hac vice)<br>Elisa J. Lintemuth (admitted pro hac vice)<br>DYKEMA GOSSETT PLLC<br>300 Ottawa Ave., N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7543<br>smuhich@dykema.com<br>elintemuth@dykema.com<br><br>*Attorneys for Defendant* |

---

### DEFENDANT KONE INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant KONE Inc. ("KONE") makes the following disclosure:

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     X  YES         _____ NO

       KONE is owned entirely by KONE Holdings Inc. (Delaware) which is owned by Finescal Oy (Finland) which is owned by KONE Corporation (Finland).

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    __X__ YES     ____ NO

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

KONE is owned entirely by KONE Holdings Inc. (Delaware) which is owned by Finescal Oy (Finland) which is owned by KONE Corporation (Finland).

Dated: October 21, 2016                   */s/ Elisa J. Lintemuth*
                                                 Elisa J. Lintemuth (admitted pro hac vice)
                                                 DYKEMA GOSSETT PLLC
                                                 Attorneys for Defendant KONE Inc.
                                                 300 Ottawa Ave. NW, Suite 700
                                                 Grand Rapids, MI 49503
                                                 Telephone: (616) 776-7500
                                                 elintemuth@dykema.com