# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### TELEPHONE CONFERENCE MINUTE ENTRY

Steven Verba,

                Plaintiff,

  v.

Kone, Inc.,

                Defendant.

**COURT MINUTES**

BEFORE: Kate Menendez

U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 16-cv-3308-SRN-KMM |
| Date: | February 15, 2017 |
| Location: | Chambers 8E |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:45 a.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

For Plaintiff:  Emma Denny; Fabian May & Anderson, PLLP
For Defendant:  Elisa Lintemuth/Kristina Kaluza; Dykema Gossett PLLC

The Court and counsel discuss the progress of discovery.  The settlement conference set for May will remain.  If slight adjustments to the discovery deadline are required if the settlement conference does not resolve the case, the Court will make those adjustments then.

*s/Wendi Tilden*
Courtroom Deputy/Judicial Assistant